UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MARK JOHNS,<br><br>　　　　　　Plaintiff,<br><br>vs<br><br>FIRST NATIONAL BANK IN SIOUX FALLS,<br><br>　　　　　　Defendants. | 4-22 cv 04136-KES<br><br>**ORDER OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Unopposed Motion for Dismissal with Prejudice signed by the parties, this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

BY THE COURT:

Dated: August 4, 2023

_____
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE